```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


THOMAS N. SMITH,                  )   1:05-cv-01024 OWW SMS
                                  )
          Plaintiff,              )   ORDER TO SHOW CAUSE
                                  )
     v.                           )
                                  )
BERRY GRAY, DARRIN SIMMONS,       )
                                  )
          Defendants.             )
                                  )
_____)
```

The Scheduling Conference in this case was held December 14, 2005.  Plaintiff did not appear.  Defendants appeared by and through their counsel Dooley, Herr, et al., by Leonard Herr, Esq. No scheduling conference statement was filed by the Plaintiff in this case.  No appearance has been made at the scheduling conference in the case.  Accordingly,

IT IS ORDERED that Plaintiff Thomas N. Smith shall show cause, if any there is, on January 30, 2006, at 10:00 a.m. in Courtroom 3 in the United States Courthouse at 2500 Tulare Street, Fresno, California, why this case should not be dismissed for Plaintiff's failure to prosecute, failure to obey a court order respecting ///
///

1

1 | participation in and preparation for the mandatory scheduling
2 | conference.
3 |
4 | DATED:   December 14, 2005.
5 |
6 |                                     /s/ OLIVER W. WANGER
                                      _____
7 |                                       Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE
8 | smith v. gray order