UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS N. SMITH, | ) | 1:05-cv-01024 OWW SMS |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| BERRY GRAY, DARRIN SIMMONS, | ) | |
| Defendants. | ) | |

The Order to Show Cause in this case came on for hearing January 30, 2006, in the above-captioned court. Plaintiff appeared in pro se. Defendants appeared through their attorneys Dooley, Herr, et al., by Leonard Herr, Esq.

Mr. Smith offered an explanation that he did not understand that the notice of mandatory scheduling conference, that had been provided him as part of the documents the Clerk of Court furnishes every litigant who files a civil action, required that a joint scheduling report had to be filed seven calendar days prior to the scheduling conference. Mr. Smith did not understand that he had to appear at the Mandatory Scheduling Conference.

Mr. Smith represented to the Court that he intends to retain an attorney in this matter.

1

1    Defendants did not object.
2       IT IS ORDERED that counsel for Thomas N. Smith shall file a
3  Notice of Appearance in this case on or before February 8, 2006,
4  and a scheduling conference shall thereafter be held March 10,
5  2006, at 8:45 a.m.  The parties shall submit a joint scheduling
6  conference statement by March 1, 2006.

8  DATED:   February 1, 2006.

                                        /s/ OLIVER W. WANGER
                                     _____
                                          Oliver W. Wanger
                                     United States District Judge

12  smith order